**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **HARSHDEEP SINGH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-268-G** |
| | ) | |
| **MARKWAYNE MULLIN, Secretary of U.S. Department of Homeland Security, et al.,** | ) | |
| | ) | |
| **Respondents.**[1] | ) | |

**ORDER**

On August 21, 2026, the Court granted Petitioner Harshdeep Singh's Petition for Writ of Habeas Corpus ("Petition," Doc. No. 1) pursuant to 28 U.S.C. § 2241. *See* Order of Aug. 21, 2026 (Doc. No. 16). On that date, the Court ordered Respondents to:

1. "[E]ither provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) or release Petitioner into the United States"; and

2. "[F]ile a declaration with the Court pursuant to 28 U.S.C. § 1746 within ten (10) days of the date of this Order affirming either that a bond hearing was conducted or that Petitioner was released from detention into the United States."

*Id.* at 5. Judgment was entered the same day. *See* J. (Doc. No. 17).

On August 31, 2026, Respondents filed a Notice (Doc. No. 18) stating that "a bond hearing was conducted on August 28, 2026." *See also* McGettrick Decl. (Doc. No. 18-1)

[1] The appearing respondents are: Markwayne Mullin, Secretary of U.S. Department of Homeland Security; Todd Blanche, United States Attorney General; David J. Venturella, Acting Director, U.S. Immigration and Customs Enforcement ("ICE"); Joshua Johnson, Field Office Director of Enforcement and Removal Operations, Dallas Field Office, ICE; and Daren Margolin, Director of the Executive Office of Immigration Review.

at 1. The attached Order of the Immigration Judge states that bond was denied. Resp'ts' Notice Ex. 2 (Doc. No. 18-2) at 1.

On September 2, 2026, Petitioner filed an Emergency Motion (Doc. No. 19), arguing that the August 28, 2026 bond hearing did not comply with the Court's Order of August 21, 2026, and requesting enforcement of this Court's Order and Judgment.

Having reviewed the relevant record, the Court finds that an expedited response is warranted. *See Alexander Coreas v. Noem*, No. CIV-26-151-J (W.D. Okla. Mar. 5, 2026) (order).

IT IS THEREFORE ORDERED that, no later than September 10, 2026, Respondents shall file a written response to Petitioner's Motion (Doc. No. 19).

IT IS SO ORDERED this 3rd day of September, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge